UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN BUSHANSKY, Derivatively on Behalf of American Renal Associates Holdings, Inc., <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH A. CARLUCCI, SYED T. KAMAL, MICHAEL E. BOXER, THOMAS W. ERICKSON, JARED S. HENDRICKS, JOHN M. JURELLER, STEVEN M. SILVER, PATRICK T. RYAN, SUSANNE V. CLARK, and ROBERT H. FISH, <br><br> Defendants, <br> and <br><br> AMERICAN RENAL ASSOCIATES HOLDINGS, INC., a Delaware Corporation, <br><br> Nominal Defendant. | Case No. 17-cv-12091-ADB |

## PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AGREEMENT

Plaintiff Stephen Bushansky, derivatively on behalf of American Renal Associates Holdings, Inc., hereby moves, pursuant to Federal Rule of Civil Procedure 23.1(c) for preliminary approval of the proposed settlement agreement. In support of this motion, Plaintiff has filed the accompanying Memorandum of Law in Support of Motion for Preliminary Approval of Proposed Settlement Agreement and the Declaration of David C. Katz in Support of Plaintiff's Motion for Preliminary Approval of Settlement Agreement, together with the exhibits thereto.

WHEREFORE, for the reasons in the accompanying Memorandum of Law and Declaration of David C. Katz, Plaintiff respectfully requests that the Court:

1) Enter the Preliminary Approval Order attached as Exhibit A to the Stipulation and Agreement of Settlement, Compromise and Release preliminarily approving the settlement;

2) Approve the form and manner of the Notice set out as Exhibits A-1 and A-2 to the Stipulation and Agreement of Settlement, Compromise and Release; and

3) Schedule a date for the Settlement Hearing to consider final approval of the settlement and the Attorneys Fee and Expense Amount.

Dated: March 29, 2018

Respectfully submitted,

Weisslaw LLP

*/s/ David C. Katz*　　　　　　　
Joseph H. Weiss
David C. Katz (admitted *pro hac vice*)
**WEISSLAW LLP**
1500 Broadway
New York, New York 10036
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
jweiss@weisslawllp.com
dkatz@weisslawllp.com


Edward F. Haber (BBO# 215620)
Adam M. Stewart (BBO# 661090)
**SHAPIRO HABER & URMY LLP**
Seaport East, Two Seaport Lane
Boston, Massachusetts 02210
Telephone: (617) 439-3939
ehaber@shulaw.com
astewart@shulaw.com

*Counsel for Plaintiff Stephen Bushansky*

2

**CERTIFICATE OF SERVICE**

    I, David C. Katz, hereby certify that on March 29, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                      /s/ *David C. Katz*
                                        David C. Katz