UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN BUSHANSKY, Derivatively on Behalf of American Renal Associates Holdings, Inc., <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH A. CARLUCCI, SYED T. KAMAL, MICHAEL E. BOXER, THOMAS W. ERICKSON, JARED S. HENDRICKS, JOHN M. JURELLER, STEVEN M. SILVER, PATRICK T. RYAN, SUSANNE V. CLARK, and ROBERT H. FISH, <br><br> Defendants, <br> and <br><br> AMERICAN RENAL ASSOCIATES HOLDINGS, INC., a Delaware Corporation, <br><br> Nominal Defendant. | Case No. 17-cv-12091-ADB |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF DERIVATIVE SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND EXPENSES

Plaintiff Stephen Bushansky, derivatively on behalf of American Renal Associates Holdings, Inc., hereby moves, pursuant to Federal Rule of Civil Procedure 23.1(c) for final approval of the derivative settlement and award of attorneys' fees and expenses.  In support of this motion, Plaintiff has filed the accompanying Memorandum of Law in Support of Plaintiff's Unopposed Motion for Final Approval of Derivative Settlement and Award of Attorneys' Fees and Expenses and the Declaration of David C. Katz in

Support of Plaintiff's Unopposed Motion for Final Approval of Derivative Settlement and Award of Attorneys' Fees and Expenses, together with the exhibits thereto.

WHEREFORE, for the reasons in the accompanying Memorandum of Law and Declaration of David C. Katz, Plaintiff respectfully requests that the Court enter the proposed Order and Final Judgment attached as Exhibit B to the Stipulation and Agreement of Settlement, Compromise and Release, finally approving this derivative settlement and awarding attorneys' fees and expenses.

Dated: May 17, 2018

Respectfully submitted,

Weisslaw LLP

*/s/ David C. Katz*  _____
Joseph H. Weiss
David C. Katz (admitted *pro hac vice*)
WEISSLAW LLP
1500 Broadway
New York, New York 10036
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
jweiss@weisslawllp.com
dkatz@weisslawllp.com

Edward F. Haber (BBO# 215620)
Adam M. Stewart (BBO# 661090)
**SHAPIRO HABER & URMY LLP**
Seaport East, Two Seaport Lane
Boston, Massachusetts 02210
Telephone: (617) 439-3939
ehaber@shulaw.com
astewart@shulaw.com

*Counsel for Plaintiff Stephen Bushansky*

## **CERTIFICATE OF SERVICE**

I, David C. Katz, hereby certify that on May 17, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/  *David C. Katz*
David C. Katz